

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-94,681-01

### EX PARTE RODNEY JOINER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 22-02099-CRF-361-A IN THE 361ST DISTRICT COURT
### FROM BRAZOS COUNTY

*Per curiam*.

### O P I N I O N

Applicant was convicted of theft and sentenced to three years' imprisonment. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was given a sentence outside the applicable punishment range. The State and the trial court agree that the intended plea bargain was not followed and Applicant's sentence is outside of the applicable range.

Relief is granted. *Brady v. United States*, 397 U.S. 742 (1970). The sentence in cause number 22-02099-CRF-361 in the 361st District Court of Brazos County is set aside, and Applicant is remanded to the custody of the Sheriff of Brazos County to receive a new punishment hearing. The

trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: April 19, 2023
Do not publish